**Chad Tyrone KINCAID, Plaintiff—Appellant,**

v.

**UNITED STATES MARSHAL SERVICE; Doctor Abernathy; Gary Clark, Sheriff; Sergeants on Duty on Specific Dates, Caldwell County, NC, Defendants—Appellees.**

No. 06–7224.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2007.

Decided: April 5, 2007.

Chad Tyrone Kincaid, Appellant Pro Se.

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chad Tyrone Kincaid appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kincaid v. U.S. Marshal Serv.*, No. 5:06–cv–00065, 2006 WL 1698850 (W.D.N.C. June 14, 2006). We also deny Kincaid's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*